IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| KENNETH O'NEAL TUCKER, | * |
| Plaintiff, | * |
| v. | Case No. 3:22-cv-112-TES-CHW |
| | * |
| MAJOR WOODS, et al, | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated May 8, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 8th day of May, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk